```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  BRIAN WATSON, et al.,                                     :
                              Plaintiffs,                   :
                                                            :
              -against-                                     :     20 Civ. 4572 (LGS)
                                                            :
  LEXUS OF MANHATTAN,                                       :     ORDER
                              Defendant.                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was held on August 20, 2020.  It is hereby

**ORDERED** that the parties are advised that the case management plan ("CMP") will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances, and that the use of any alternative dispute resolution mechanism does not stay or modify any date in the CMP.  It is further

**ORDERED** that by **October 26, 2020**, Plaintiffs shall file their motion for class certification.  By **November 13, 2020**, Defendant shall file its opposition.  By **November 25, 2020**, Plaintiffs shall file their reply.  The parties shall comply with the Individual Rules and, if in effect, the Emergency Rules and Practices with respect to exhibits, page limits and courtesy copies.  It is further

**ORDERED** that, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge, they shall file a joint letter on ECF requesting a referral.

Dated: August 20, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE