UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                   :
BRIAN WATSON, et al.,                          :
                            Plaintiffs,     :
                                                    :
                -against-                    :          20 Civ. 4572 (LGS)
                                                     :
LEXUS OF MANHATTAN,                  :          <u>ORDER</u>
                              Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, per the Order at Dkt. No. 21, the parties were directed to comply with the Individual Rules with respect to exhibits, page limits and courtesy copies, in connection with the motion for class certification briefing;

      WHEREAS, Plaintiff filed a motion for class certification and attached five exhibits exceeding the page limits allotted by the Individual Rules, including a 1,398-page excel chart of text message data, a full 233-page deposition transcript, and a 179-page expert report.  The Individual Rules provide that any exhibits should be excerpted to include relevant material necessary to adjudicate the motion and require an application to the Court to exceed page limits;

      WHEREAS, Defendant filed an application requesting a three-week extension to its November 13, 2020, opposition deadline (Dkt. No. 40), which Plaintiff opposes (Dkt. No. 41).  It is hereby

      **ORDERED** that Plaintiff's motion for class certification is  stricken, as the supporting materials are not in compliance with the Individual Rules.  Plaintiff shall re-file its motion and supporting materials in accordance with the Individual Rules by **November 9, 2020**.  The parties are advised that to comply with the Individual Rules on exhibits, they may submit full versions of excerpted materials by e-mail in accordance with the Court's Emergency Rules and Practices

(COVID-19). It is further

**ORDERED** that Defendant's opposition, which should also comply with the Individual Rules on exhibits and page limits, shall be filed by **November 30, 2020**. Plaintiff's reply shall be filed by **December 11, 2020**.

The Clerk of Court is respectfully directed to strike Dkt. No. 36 and to close Dkt. No. 40.

Dated: November 4, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**