UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
BRIAN WATSON, et al.,                                        :
                      Plaintiffs,        :
:
           -against-                                :   20 Civ. 4572 (LGS)
:
LEXUS OF MANHATTAN,                                          :   ORDER
                      Defendant.         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 17, 2020, the parties made an oral application during Plaintiff Jose Espinal's deposition for immediate resolution of a dispute, pursuant to Individual Rule II.B.1, and a telephonic discovery conference was held. For the reasons stated at the conference, it is hereby

      **ORDERED** that the communications between Plaintiff Espinal and his attorney are subject to attorney-client privilege, and the presence of Plaintiff Espinal's wife as his interpreter did not waive the privilege.

Dated: November 18, 2020
       New York, New York

                                               LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE