UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                           :

BRIAN WATSON, et al.,            :

            Plaintiffs,     :

                           :

        -against-       :         20 Civ. 4572 (LGS)

                           :

LEXUS OF MANHATTAN,     :         ORDER

            Defendant.    :

-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 18, 2020, Plaintiff filed a letter motion to compel, seeking production of all text messages sent to Honda customers, and requested leave to file a motion for sanctions (Dkt. No. 50).  Defendant filed a response (Dkt. No. 52), and Plaintiff filed a reply (Dkt. No. 53).  It is hereby

ORDERED that a discovery conference will be held on **December 10, 2020, at 10:50 a.m.** on the following conference line:  (888) 363-4749, access code 558-3333.  The timing is approximate but the parties shall be ready to proceed at that time.  It is further

ORDERED that by **noon on December 9, 2020**, Defendant shall file a letter explaining what Defendant's response was to a customer who responded, "Yes, you may text me," in response to the text message asking about maintenance of their vehicle (the "Maintenance" text message) and also a text message asking about a New York State Inspection of their vehicle (the "State Inspection" text message), and specifically, whether the follow-up was different or were the Maintenance and State Inspection text messages in practice treated by Defendant as the same message.  In the same letter, Defendant shall provide as much information as possible referenced in the last paragraph of Defendant's response letter at Dkt. No. 52 even on a preliminary basis.  It is further

ORDERED that the class certification briefing deadlines at Dkt. No. 42 are STAYED pending resolution of this issue.

Dated: November 23, 2020
      New York, New York

                                    LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE