UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
           :
BRIAN WATSON, et al.,                              :
                              Plaintiffs,          :
           :                    20 Civ. 4572 (LGS)
           -against-                               :
           :                    ORDER
MANHATTAN LUXURY AUTOMOBILES,                      :
INC.,                                              :
                              Defendant.           :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties have not timely filed their joint status letter per the Second Amended Case Management Plan at Dkt. No. 88. It is hereby

**ORDERED** that the parties shall file their joint status letter -- including the information outlined in Individual Rule IV.A.2 -- as soon as possible, and in any event, no later than **March 10, 2021**. The parties are advised that compliance with Court-ordered deadlines is not optional.

Dated: March 9, 2021
       New York, New York

                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE