UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
      :
BRIAN WATSON, et al.,      :
      Plaintiffs,  :
      :  20 Civ. 4572 (LGS)
    -against-  :
      :  ORDER
MANHATTAN LUXURY AUTOMOBILES,  :
INC.,  :
      Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held today, March 11, 2021, to discuss Defendant's applications to consolidate this action with *Greene v. Manhattan Luxury Automobiles Inc.*, No. 21 Civ. 1588. *See* Dkt. No. 90 in Case No. 20 Civ. 4572; Dkt. No. 10 in Case No. 21 Civ. 1588. For the reasons stated at the conference, it is hereby

**ORDERED** that Defendant's applications to consolidate the actions are GRANTED. Future filings shall be filed and docketed under Case No. 20 Civ. 4572 only. By **March 18, 2021**, the parties shall meet and confer and submit a proposed case management plan, including deadlines for the remainder of fact and expert discovery and class certification briefing. Plaintiffs shall file a consolidated complaint by **April 2, 2021**. Defendant shall answer or otherwise respond by **April 23, 2021**.

The Clerk of Court is respectfully directed to close Dkt. No. 90 in Case No. 20 Civ. 4572 and, given the consolidation of the actions, to close Case No. 21 Civ. 1588 and all open motions in that case.

SO ORDERED.

Dated: March 11, 2021
      New York, New York

                                                                           **LORNA G. SCHOFIELD**
                                                                      **UNITED STATES DISTRICT JUDGE**