UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN WATSON, et al.,

                         Plaintiffs,

-v-

MANHATTAN LUXURY AUTOMOBILES, INC.,

                         Defendant.

CIVIL ACTION NO.: 20 Civ. 4572 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request for further extensions of the discovery deadline and class certification briefing schedule (ECF No. 110) is GRANTED, and the Court orders as follows:

1. Defendant shall serve its rebuttal expert reports by **August 11, 2021**;

2. All discovery shall be completed by **September 9, 2021**;

3. The briefing of Plaintiffs' anticipated motion for class certification shall proceed as follows:

    a. Plaintiffs shall file their motion by **October 12, 2021**;

    b. Defendant shall file its opposition by **November 12, 2021**;

    c. Plaintiffs' reply, if any, shall be filed by **November 30, 2021**;

4. The parties shall continue to file joint status letters every 30 days, with the next letter due **July 23, 2021**;

5. The pre-motion conference before Judge Schofield currently scheduled for August 26, 2021 is re-scheduled to **Thursday, September 23, 2021 at 10:50 am**; and

6. All other terms of the Third Amended Civil Case Management Plan and Scheduling Order (ECF No. 100) remain in effect.

Dated: New York, New York
June 24, 2021

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**