UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN WATSON, et al.,

            Plaintiffs,

-v-                                        CIVIL ACTION NO.: 20 Civ. 4572 (LGS) (SLC)

MANHATTAN LUXURY AUTOMOBILES, INC.,        **ORDER**

            Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court resolved telephonically a dispute that arose today, August 17, 2021, at the deposition of Defendant's expert witness, Jennifer Smith, regarding counsel's objections to and directives not to answer certain questions. The Court reminded the parties that speaking objections are not proper, and that objections shall be limited to those as to form and to preserve a privilege. The Court's full ruling is reflected in the transcript of the call made by the deposition court reporter.

Dated:       New York, New York
               August 17, 2021

                                                                SO ORDERED.

                                                                _/s/ Sarah L. Cave_
                                                                 SARAH L. CAVE
                                                                 **United States Magistrate Judge**