UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRIAN WATSON, et al.,

                      Plaintiffs,

             -against-

MANHATTAN LUXURY AUTOMOBILES, INC.,

                      Defendant.
------------------------------------------------------------X

20 Civ. 4572 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 24, 2021, required any party wishing to file a summary judgment or other dispositive motion to file a pre-motion letter at least two weeks before the pre-motion conference (Dkt. No. 100);

WHEREAS, the Order dated June 24, 2021, scheduled the pre-motion conference for September 23, 2021, at 10:50 a.m.;

WHEREAS, no party submitted a letter.  It is hereby

**ORDERED** that, by **September 14, 2021**, the parties shall file a joint letter stating whether they anticipate summary judgment motions and, if so, whether they would like to have Plaintiffs' anticipated class certification motion adjudicated before or after summary judgment.

Dated: September 10, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE