# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN WATSON, et. al., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>LEXUS OF MANHATTAN,<br><br>　　　　Defendants. | Case No.: 20-cv-04572-LGS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' DAUBERT MOTION TO STRIKE OR EXCLUDE CERTAIN EXPERT OPINIONS OF DEFENDANT'S EXPERT KEN SPONSLER** |

Upon consideration of the Plaintiffs' Daubert Motion to Strike Or Exclude Certain Expert Opinions of Defendant's Expert Ken Sponsler and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that the motion is granted. The Expert Opinions of Ken Sponsler on the issues of the ATDS system, class identification and numbers, and all legal opinions are hereby stricken from the record and Defendant will not be entitled to rely on these aspects of Mr. Sponsler's Expert Report in support of their case.


Dated this _____ of _____ 2022.　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge