UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN WATSON, ET AL.,
                      Plaintiffs,

           -against-

MANHATTAN LUXURY AUTOMOBILES, INC.,
                      Defendant.
------------------------------------------------------------X

20 Civ. 4572 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, discovery in this matter is complete.  It is hereby

    **ORDERED** that the Order of Reference to Judge Cave at Dkt. No. 99 is LIFTED.

Dated: March 1, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE