```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------X
                                                            :
BRIAN WATSON, ET AL.,                                       :
                Plaintiffs,                                :
                                                            :  20 Civ. 4572 (LGS)
-against-                                                   :
                                                            :  ORDER
MANHATTAN LUXURY AUTOMOBILES, INC.,                         :
                                                            :
                Defendant.                                 X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant requested an extension of the parties' deadlines for further briefing on Plaintiffs' motion for class certification, and Plaintiffs consented to the request. It is hereby

      **ORDERED** that Defendant's deadline to file an opposition to Plaintiffs' motion for class certification is extended to **May 5, 2022**, and Plaintiffs' deadline to file a reply is extended to **June 6, 2022**.

Dated: April 8, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE