UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN WATSON, et al.
                            Plaintiffs,

                         20 Civ. 4572 (LGS)
-against-

                         ORDER
MANHATTAN LUXURY AUTOMOBILES,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 29, 2022, Plaintiffs' motion for class certification was granted in part and denied in part.  It is hereby

      **ORDERED** that, by **October 28, 2022**, any party wishing to move for summary judgment shall file a pre-motion letter in accordance with the Court's Individual Rule III.A.1. Any responses to those letters shall be filed by **November 4, 2022**.  It is further

      **ORDERED** that a pre-motion conference is scheduled for **November 16, 2022, at 4:20 P.M.**  To join the conference, the parties shall call (888) 363-4749 and use access code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. If no pre-motion letter is timely filed, this conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: October 19, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE