IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X

BRIAN WATSON, DANIEL SAMARGHITAN,
ANNMARIE GREENE f/k/a ANNMARIE MOHAMMED,
JOSE ESPINAL, and LYMELL JACKSON, individually and
on behalf of all others similarly situated,

                 Plaintiffs

vs.

MANHATTAN LUXURY AUTOMOBILES, INC. d/b/a
LEXUS OF MANHATTAN,

                 Defendant.

------------------------------------------------------------------------------- X

Civil Action Nos.
1:20-cv-04572
1:21-cv-01588

**NOTICE OF MOTION**

     **PLEASE TAKE NOTCE THAT**, upon the annexed memorandum of law, dated October 21, 2022, Defendant Manhattan Luxury Automobiles Inc. d/b/a Lexus of Manhattan will move this Court on a date to be set by the Court or as soon thereafter as counsel can be heard, before the Honorable Judge Lorna A. Schofield, United States District Court for the Southern District of New York, 40 Centre Street, Courtroom 1106, New York, New York, seeking an Order granting Defendant's Emergency Motion to Temporarily Stay this action pending the determination for Lexus's Petition for Appeal to the Second Circuit and any appeal permitted to be heard before the Second Circuit concerning the September 29, 2022, Order granting class certification of the NDNCR Class.

Dated:   New York, New York
           October 21, 2022

By **November 1, 2022**, Plaintiffs shall file a response to Defendant's motion to stay.
Defendant's request for an interim stay pending the resolution of Defendant's motion to stay is DENIED.

So Ordered.

Dated: October 25, 2022
New York, New York

                                  LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE