UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRIAN WATSON, DANIEL SAMARGHITAN, ANNMARIE GREENE f/k/a ANNMARIE MOHAMMED, JOSE ESPINAL, LYMELL JACKSON individually, and on behalf of all other similarly situated consumers, | ) ) ) ) ) ) | Case No.:  1:20-cv-04572-LGS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| LEXUS OF MANHATTAN, | ) ) | |
| Defendant. | ) | |

**OPPOSITION TO DEFENDANT'S MOTION TO STAY**

Defendant's motion to stay is GRANTED in part and DENIED in part.

The motion is GRANTED with respect to class notice, and the parties' deadline to file a proposed form of class notification is STAYED pending a decision from the Court of Appeals on Defendant's petition for interlocutory appeal.

The motion is DENIED to the extent that the parties shall proceed with the exchange of supplemental expert reports and pre-motion letters regarding summary judgment per the Order at Dkt. No. 203.  The Court reserves decision on whether briefing of any motion(s) for summary judgment will be stayed pending Defendant's petition for interlocutory appeal.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 199.

Dated: November 3, 2022
New York, New York

Respectfully Submitted,

/S/ Daniel Zemel, Esq.
Daniel Zemel, Esq.
Elizabeth Apostola, Esq.
**Zemel Law LLC**
660 Broadway
Paterson, NJ 07514
(P) (862) 227-3106
dz@zemellawllc.com
ea@zemellawllc.com
Attorneys for Plaintiffs and the Proposed Class

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**