UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN WATSON, et al.
                            Plaintiffs,

                -against-                           20 Civ. 4572 (LGS)

MANHATTAN LUXURY AUTOMOBILES, INC.,                         ORDER

                          Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the case management conference scheduled for November 16, 2022, is adjourned to **December 7, 2022**, at **4:20 P.M.**

Dated:  November 7, 2022
           New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE