UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN WATSON, et al.,
                Plaintiffs,

                20 Civ. 4572 (LGS)

     -against-

                ORDER

MANHATTAN LUXURY AUTOMOBILES, INC.,
                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated December 2, 2022, adjourned the case management conference concerning the parties' respective proposed motions for summary judgment to January 18, 2023, pending resolution by the Court of Appeals of Defendant's application for interlocutory appeal. That Order stated that, if the Court of Appeals had not resolved Defendant's application by mid-January, the conference would be adjourned again.

      WHEREAS, Court of Appeals has not yet resolved Defendant's application. It is hereby

      **ORDERED** that the case management conference scheduled for January 18, 2023, is adjourned to **February 8, 2023, at 4:20 P.M.** If the Court of Appeals has not resolved Defendant's application by early February, the conference will be adjourned again.

Dated: January 11, 2023
      New York, New York

                                 LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE