# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

| IRVINE OFFICE | (212) 972-1000 | LOS ANGELES OFFICE |
| --- | --- | --- |
| 2505 MCCABE WAY, SUITE 100 | FACSIMILE: (212) 972-1030 | 800 WILSHIRE BOULEVARD, SUITE 1550 |
| IRVINE, CALIFORNIA 92614 | | LOS ANGELES, CALIFORNIA 90017 |

www.LondonFischer.com

February 1, 2023

**VIA ECF**
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:   *Watson, et al. v. Manhattan Luxury Automobiles*
             Civil Action Nos. 1:20-cv-04572 (LGS), 1:21-cv-01588(LGS)
             <u>Request for Adjournment</u>

Dear Judge Schofield:

      Our office represented Defendant Manhattan Luxury Automobiles, Inc. d/b/a Lexus of Manhattan ("Lexus") in this matter. Pursuant to Rule I(B)(2) of Your Honor's Individual Rules and Practices, Lexus respectfully submits this letter-motion requesting an adjournment of the case management conference scheduled for February 8, 2023 at 4:20 a.m. (see Doc. No. 212).

      The undersigned is currently scheduled to appear for oral argument before the First Judicial Department of the Supreme Court of the State of New York in the afternoon of February 8th. Plaintiffs' counsel consents to this application. The parties have conferred and are available to appear for the case management conference on either February 21, 22, 27, 28, or another date set by the Court.

      We thank the Court for its' attention to this matter.

                                   Respectfully submitted,

                                   *Jason M. Myers*
                                   Jason M. Myers, Esq.

Application GRANTED. The case management conference scheduled for February 8, 2023, is adjourned to **March 1, 2023, at 4:20 P.M.**

By **February 22, 2023**, the parties shall confer as to Notice and any proposed Class Action Notice Administration form, and Plaintiffs shall submit a proposed form of Class Notification to the Court for review and approval.

Dated: February 2, 2023
New York, New York

                                              **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**