UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
BRIAN WATSON, et al.,                                         :
                                        Plaintiffs,           :
                                                              :          20 Civ. 4572 (LGS)
                    -against-                                 :
                                                              :               **ORDER**
MANHATTAN LUXURY AUTOMOBILES,                                 :
INC.,                                                         :
                                        Defendant.            :
------------------------------------------------------------- X

WHEREAS, Defendant has filed a motion for summary judgment on all of Plaintiffs' claims. Briefing on the motion was completed on March 19, 2024.

WHEREAS, on May 10, 2024, the Second Circuit issued an opinion in *Soliman v. Subway Franchisee Advert. Fund Tr., LTD.*, 101 F.4th 176 (2d Cir. 2024). That opinion may have bearing on the issues before this Court. It is hereby

**ORDERED** that by **July 24, 2024**, the parties shall each submit supplemental letter briefs, not to exceed five pages single spaced discussing any arguments related to *Soliman*. The parties may incorporate by reference any previously filed materials in this case, referring to docket number and page.

Dated: July 10, 2024
       New York, New York

                                             LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**