

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jason M. Myers, Esq.
Jason.myers@kaufmandolowich.com

October 1, 2024

<u>Via ECF</u>
Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

      Re:    *Watson, et al. v. Lexus of Manhattan*
              Civil Action Nos. 1:20-cv-04572 (LGS) and 21-cv-01588(LGS)
              <u>Joint Request for Adjournment</u>

Dear Judge Cave:

      Defendant Manhattan Luxury Automobiles, Inc. d/b/a Lexus of Manhattan ("Lexus") and Plaintiffs (collectively, the "Parties") respectfully submit this joint letter requesting an adjournment of the Telephone Conference Scheduled for Friday, October 4, 2024 (Doc. No. 271).

      The Parties respectfully request an adjournment of the upcoming telephone conference scheduled as Counsel for the Parties will be observing Rosh Hashanah.

      Notwithstanding the aforementioned request, Counsel has met and conferred to discuss the parties' interest in scheduling a further settlement conference before Your Honor. Although Defendant is willing and interested in participating in a settlement conference before Your Honor, Plaintiffs have advised that they are not interested in participating in a conference and prefer to proceed to trial on the limited and remaining issue concerning the National Do Not Call Registry claim.

      We thank the Court for its attention to this matter and are available on a future date to address the above on a telephone conference, if necessary.

                                                    Respectfully Submitted,

                                                    **KAUFMAN DOLOWICH LLP**

                                                     */s/ Jason M. Myers*
                                                     _____

                                                     Jason M. Myers, Esq.
                                                     *Counsel for Defendant*

*Watson v. Lexus*
Case No. 1:20-cv-04572
Page 2 of 2

                              **ZEMEL LAW, LLC**

                              */s/ Daniel Zemel*
                              _____
                              Daniel Zemel, Esq.
                              *Counsel for Plaintiffs*

---

The parties' request at ECF No. 274 is **GRANTED.** The telephone conference currently set for Friday, October 4, 2024 at 1:30 p.m. is **ADJOURNED** to **Monday, October 7, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 274.

SO ORDERED.    October 1, 2024

*[signature]*
SARAH L. CAVE
United States Magistrate Judge