UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN WATSON, et al., :
:
                              Plaintiff, :    20 Civ. 4572 (LGS)
:
-against- :    <u>ORDER</u>
:
MANHATTAN LUXURY AUTOMOBILES, :
INC., :
:
                            Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, at Defendant's urgent request, a conference was held on December 6, 2024, to discuss Defendant's proposed motion to dismiss for lack of subject matter jurisdiction, and motion to decertify the class. As discussed at the conference, it is hereby

      **ORDERED** that, by **December 13, 2024**, the parties shall jointly confer with the Federal Trade Commission regarding the registration of the x7036 phone number on the National Do Not Call Registry ("NDNCR") during 2017 and file a letter reporting on their communication. If the parties cannot reach an agreement on the issue, they shall state their respective positions in the letter, substantiated to the extent possible by documents in evidentiary form. It is further

      **ORDERED** that the deadline to file joint requests to charge, joint *voir dire*, joint verdict form and any memorandum of law is extended to **December 10, 2024**. All other pre-trial submission deadlines remain as scheduled. For any motions in limine regarding the registration of the x7036 phone number on the NDNCR, a placeholder may be filed in lieu of the motion pending resolution of the matter referenced in the preceding paragraph or until ordered by the Court. It is further

**ORDERED** that the depositions of John M. Ianco and John J. Giuffre shall be conducted in person at Defendant's Manhattan office or some other mutually acceptable and convenient location.  The depositions shall be conducted as fact depositions as noticed by Plaintiff.  It is further

**ORDERED** that Defendant's request to file a motion to dismiss and motion to decertify is **DENIED**.

Dated: December 6, 2024
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**