UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

         :

BRIAN WATSON, et al.,         :

         :

         Plaintiff,    :        20 Civ. 4572 (LGS)

         :

-against-         :        ORDER

         :

MANHATTAN LUXURY AUTOMOBILES,    :
INC.,         :

         :

         Defendant.    :

----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 20, 2024, the parties filed their Joint Final Pre-Trial Order ("FPTO") in which each side identified numerous Discovery Responses they seek to enter into evidence;

WHEREAS, the Court generally does not allow procedural matters to be raised before the jury based on Federal Rule of Evidence 403, but will allow otherwise admissible facts to be presented, such as substantive interrogatory answers or admissions.  It is hereby

**ORDERED** that, given this limitation, by **January 10, 2025,** the parties each shall file a supplement to the FPTO listing not only each Discovery Response (with docket number), but also the specific factual statement (with paragraph or other number), they intend to offer into evidence.

Dated: December 23, 2024
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE