

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:   (862) 227-3106
FAX:        (973) 282-8603
DZ@ZEMELLAWLLC.COM

April 24, 2025

<u>Via ECF:</u>
The Honorable Magistrate Judge Sarah Cave
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

                     **RE:**    **Brian Watson *et al*. v. Lexus of Manhattan**
                               **1:20-cv-04572-LGS**
                               **Adjournment of Settlement Call**

Honorable Court,

      Following the parties' Joint Request for a telephone conference to obtain the Court's assistance in finalizing their settlement agreement, the Court scheduled a call for April 29, 2025. Unfortunately, counsel has a conflict, and is not available for a call on that date. As such, the parties respectfully request an adjournment to either May 6 or May 7, as counsel for the parties are generally free and can be available at the Court's discretion.

---

The parties' request at ECF No. 382 is **GRANTED.** The telephone conference set for April 29, 2025 (ECF No. 380) is **ADJOURNED** to **Tuesday, May 6, 2025 at 2:30 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 382.

SO ORDERED.   April 24, 2025

_____
SARAH L. CAVE
United States Magistrate Judge

---

Respectfully submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq. (DZ9899)
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
T:862-227-3106
dz@zemellawllc.com

/s/ Jason M. Myers
Jason M. Myers, Esq. (JM6560)
Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
T: 516-283-8732
Jason.Myers@kaufmandolowich.com