UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN WATSON, et al.,

                                 Plaintiff,                             20 Civ. 4572 (LGS)

-against-                                                     ORDER

MANHATTAN LUXURY AUTOMOBILES, INC.,

                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order dated January 31, 2025, cancelled the February 4, 2025, trial in this action. It is hereby

       **ORDERED** that all pending motions in limine are **DENIED as moot**.

       The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 281, 283, 286, 288, 290, 293, 296, 299, 301, 304, 306, 308, 310, 312 and 315.

Dated: June 2, 2025
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE