UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN WATSON, et al.,

                    Plaintiffs,

          -v-                                           CIVIL ACTION NO. 20 Civ. 4572 (LGS) (SLC)

                                                                          **ORDER**

MANHATTAN LUXURY AUTOMOBILES, INC.,

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

          In an email to Chambers, the parties request that the Court cancel the telephone conference set for 9:30 a.m. today, June 5, 2025, because they have successfully concluded their settlement negotiations.  (See ECF No. 392).  The Court congratulates the parties on reaching a resolution of this matter.

          The parties' request is **GRANTED**, and the June 5, 2025 telephone conference is **CANCELLED**.  (See id.)

Dated:          New York, New York
                June 5, 2025

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**