UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN WATSON, DANIEL SAMARGHITAN, ANNMARIE GREENE f/k/a ANNMARIE MOHAMMED, JOSE ESPINAL, LYMELL JACKSON, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MANHATTAN LUXURY AUTOMOBILES, INC. d/b/a LEXUS OF MANHATTAN,<br><br>        Defendant. | Case No.: 1:20-cv-04572-LGS<br>            1:21-CV-01588-LGS<br><br>Hon. Lorna G. Schofield<br><br>**NOTICE OF<br>JOINT MOTION FOR<br>PRELIMINARY APPROVAL OF<br>CLASS ACTION SETTLEMENT** |

      Pursuant to Fed. R. Civ. P. 23(c), and for the reasons set forth more fully in the attached Memorandum of Law, and all prior pleadings and proceedings herein, Plaintiff, Jose Espinal, and Defendant, Manhattan Luxury Automobiles Inc. d/b/a Lexus of Manhattan, jointly move this Court on a date to be set by the Court or as soon as thereafter as counsel can be heard, before the Honorable Lorna G. Schofield, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York, 10007, seeking an Order granting preliminary approval of the settlement of this class action and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Approval Order and Plaintiff's request for approval of agreed-upon fees and costs.

Dated: July 22, 2025.

| | |
|---|---|
| **ZEMEL LAW, LLC** | **KAUFMAN DOLOWICH LLP** |
| /s/ Daniel Zemel<br>Daniel Zemel, Esq.<br>660 Broadway<br>Paterson, New Jersey 07514<br>T: (862) 227-3106<br>F: (973) 282-8603<br>DZ@zemellawllc.com | /s/ Jason M. Myers<br>Jason M. Myers, Esq.<br>135 Crossways Park Drive, Suite 201<br>Woodbury, New York 11797<br>T: (516) 283-8732<br>Jason.Myers@kaufmandolowich.com |