UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN WATSON, et al.,
                              Plaintiff,

-against-

MANHATTAN LUXURY AUTOMOBILES, INC.,
                              Defendant.
------------------------------------------------------------X

20 Civ. 4572 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on July 22, 2025, the parties filed a joint motion for preliminary approval of class action settlement. As discussed at the conference, it is hereby

    **ORDERED** that on **August 26, 2025, at 3:15 P.M.**, a preliminary approval hearing will be held. The conference will be in person at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, NY, 10007 at Room 1106.

Dated: July 23, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**