# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Jason M. Myers, Esq.
Jason.myers@kaufmandolowich.com

July 24, 2025

Via ECF
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application **GRANTED**. The preliminary approval hearing is **ADJOURNED** from August 26, 2025, to **September 2, 2025, at 2:30 P.M**.
>
> The Clerk of Court is respectfully directed to close the motion at Dkt. No. 403.
>
> Dated: July 29, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Watson, et al. v. Lexus of Manhattan*
      Civil Action Nos. 1:20-cv-04572 (LGS) and 21-cv-01588(LGS)

Dear Judge Schofield:

Defendant Manhattan Luxury Automobiles, Inc. d/b/a Lexus of Manhattan and Plaintiffs respectfully submit this Joint Letter-Motion pursuant to Rule I(B)(3) of Your Honor's Individual Rules and Procedures to request an adjournment of the preliminary approval hearing scheduled for August 26, 2025. (ECF Doc. No. 402).

This application is the first request by the parties for an adjournment of this conference, and due to both parties' counsel's unavailability on August 26th, we respectfully submit this request. The parties are available for an in-person conference on either September 3rd, 4th, or 12th, or another date convenient to the Court.

We thank the Court for its attention to this matter and are available at the Court's convenience to discuss this request.

Respectfully Submitted,

**KAUFMAN DOLOWICH LLP**

*/s/ Jason M. Myers*
_____
Jason M. Myers, Esq.
Counsel for Defendant

**ZEMEL LAW LLC**

  */s/ Daniel Zemel*
_____
Daniel Zemel, Esq.
Counsel for Plaintiffs

1