UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRIAN WATSON, et al.,
                                 Plaintiff,

            -against-

MANHATTAN LUXURY AUTOMOBILES, INC.,
                                 Defendant.
------------------------------------------------------------X

20 Civ. 4572 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a preliminary approval hearing was held on September 2, 2025 to discuss the parties' joint motion for preliminary approval of a class action settlement (Dkt. 400);

WHEREAS, among the specific provisions of the Settlement Agreement and Release (Dkt. 401-1) ("Settlement Agreement") discussed at the conference were: ¶ 48(3) (excluded from the settlement class), ¶ 57 (individual settlement cap and per capita payment), ¶ 62 (*cy pres* fund), ¶ 75 (types of notice), ¶ 77 (sending of objections) and ¶ 80(a) ("objected and").  As discussed at the hearing, it is hereby

**ORDERED** that, by **October 1, 2025**, the parties shall make supplemental filings in support of the motion as follows:

- A proposed long-form of notice(s) to be posted on the settlement website providing additional, detailed information (as compared with the Postcard Notice) regarding the action and the proposed settlement, similar in form to the notice approved when the litigation class was previously certified;

- Additional briefing (which may be in the form of a letter brief) addressing the fairness and adequacy of the proposed settlement as to the ATDS Class, and the adequacy of Plaintiff Jose Espinal to represent that class;

- The two documents required by Individual Rule III.C.5;

- Any amendments to the parties' Settlement Agreement, described in a letter and set forth in an amended settlement agreement signed by both counsel, together with a courtesy copy marked to show changes from the originally filed Settlement Agreement and Release;

- A revised proposed Postcard Notice to reflect any amendments to the Settlement Agreement;

- A revised proposed order preliminarily approving the class action settlement, together with a courtesy copy sent via email to Chambers in Word format.

Dated: September 3, 2025
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**