UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
BRIAN WATSON, et al.,                               :
                                Plaintiff,          :
                                                    :        20 Civ. 4572 (LGS)
                    -against-                        :
                                                    :            ORDER
MANHATTAN LUXURY AUTOMOBILES,                       :
INC.,                                               :
                                Defendant.          :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a hearing was held on March 24, 2026, to discuss the parties' joint Motion to Approve Class Action Settlement, Consent Motion for Attorneys' Fees and Reimbursement of Litigation Expenses, and Consent Motion for Incentive Award to Plaintiff Jose Espinal. As discussed at the hearing, it is hereby

ORDERED that, as soon as practicable, the parties shall file a joint letter describing the factual circumstances giving rise to the Order entered October 12, 2021, awarding Defendant reasonable costs relating to expert discovery, and the Stipulation and Order entered January 13, 2022, ordering Plaintiff to pay $25,000 to Defendant. It is further

ORDERED that, by **March 27, 2026**, Defendant shall file a letter regarding the status and amount of payments made to the Settlement Administrator. It is further

ORDERED that, as soon as practicable, the parties shall email courtesy copies of the parties' proposed orders in Word format to Schofield_NYSDChambers@nysd.uscourts.gov.

Dated: March 24, 2026
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE