UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                          :

BRIAN WATSON, et al.,                       :

                      Plaintiff,      :

                                              :               20 Civ. 4572 (LGS)

            -against-                   :

                                              :                  ORDER

MANHATTAN LUXURY AUTOMOBILES,   :
INC.,

                    Defendant.    :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a hearing was held on March 24, 2026, to discuss the parties' joint Motion to Approve Class Action Settlement, Consent Motion for Attorneys' Fees and Reimbursement of Litigation Expenses, and Consent Motion for Incentive Award to Plaintiff Jose Espinal.  The Order entered March 24, 2026, directed the parties, as soon as practicable, to (1) file a joint letter describing the factual circumstances giving rise to the Order entered October 12, 2021, awarding Defendant reasonable costs relating to expert discovery, and the Stipulation and Order entered January 13, 2022, ordering Plaintiff to pay $25,000 to Defendant and (2) email courtesy copies of the parties' proposed orders in Word format to Schofield_NYSDChambers@nysd.uscourts.gov. It is hereby

        **ORDERED** that, by **April 21, 2026**, the parties shall file the letter and email the proposed orders, or shall otherwise provide an update regarding the status of the letter and proposed orders.

Dated: April 14, 2026
       New York, New York

                                             LORNA G. SCHOFIELD
                                   **UNITED STATES DISTRICT JUDGE**